IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:97-CV-65-BO

ACADEMY OF MOTION PICTURES )
ARTS AND SCIENCES; ACADEMY OF )
TELEVISION ARTS AND SCIENCES; )
and NATIONAL ACADEMY OF )
TELEVISION ARTS AND SCIENCES, )
           Plaintiffs, )
                       )
      v.             )   O R D E R
                       )
CAROL GLENDAY CONNELLY )
           Defendants. )

FILED

NOV 28 1997

DAVID W. DANIEL, CLERK
US DISTRICT COURT
E. DIST. NO. CAR.

This matter is before the Court on Plaintiffs' Motion for Leave to Amend the Complaint and Plaintiffs' Motion to Compel Production of Documents and to Compel Further Deposition. Defendant has submitted a Motion to Extend Discovery Time and to Take Depositions by Telephone.

Upon consideration of the parties' arguments, the Court orders the following:

1. Pursuant to its authority under Federal Rule of Civil Procedure 15(a), the Court GRANTS Plaintiffs Leave to Amend the Complaint to add Defendants Miles Craig Connelly and Sailaway Enterprises I, Inc. The Court also GRANTS Plaintiffs Leave to Amend the Complaint to clarify their claim of dilution under 15 U.S.C. § 1125(c).

2. The Court also GRANTS in part Plaintiffs' Motion to Compel, and orders Defendant to produce all documents responsive to Plaintiffs' Document Requests Numbers 1-9 within ten (10) days of service of notice of entry of this order. The Court DENIES

cc to counsel

Plaintiffs' Motion to Compel Further Deposition of Defendant Carol Glenday Connelly.

3. In light of this Court's Order of November 24, 1997, which extended the discovery period in this matter to allow Defendant to take depositions, Defendant's Motion to Extend Discovery Time and to Take Depositions by Telephone is moot.

SO ORDERED.

This 26TH day of November, 1997.

TERRENCE W. BOYLE
CHIEF UNITED STATES DISTRICT JUDGE

2

I certify the foregoing to be a true and correct copy of the original.
David W. Daniel, Clerk
United States District Court
Eastern District of North Carolina
Deputy Clerk